## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES JONES                                                                         PLAINTIFF

v.                          4:15CV00374-JM-JJV

SALINE COUNTY JAIL; *et al*.                                      DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Saline County Jail, Tonya Parker, and Christi Fullerton be DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 28th day of July, 2015.

                                            JAMES M. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE