IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES JONES                                                                                         PLAINTIFF

v.                                            4:15CV00374-JM-JJV

SALINE COUNTY JAIL; *et al.*                                                         DEFENDANTS

## ORDER

On July 10, 2015, the Court directed summons for Defendant Jasmine Booker at the Saline County Detention Facility. (Doc. No. 6.) Those summons were returned executed on July 20, 2015, but it is unclear whether Defendant Booker actually received them. (Doc. No. 8.) The Court has since been apprised of the appropriate address at which Defendant Booker should be served. Summons for her will be reissued.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall prepare Summons for Defendant Booker, and the United States Marshall shall serve a copy of the Amended Complaint (Doc. No. 5), Summons, and this Order on her without prepayment fees or costs or security therefore. Service for this Defendant should be directed to: Janet Stephens, Vice President for Quality Assurance, Southern Health Partners, 2030 Hamilton Place Blvd, Suite 140, Chattanooga, TN 37421.

DATED this 14th day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE