# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JAMES JONES                                                                          PLAINTIFF

v.                                          4:15CV00374-JM-JJV

SALINE COUNTY JAIL; *et al.*                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

1

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Several mailings from the Court to Plaintiff were returned as undeliverable (Doc. Nos.  11, 17, 20, 22), and on November 30, 2015, I directed him to provide his most current address within thirty days or face dismissal of this action.  (Doc. No. 23.)  More than thirty days have now passed and Plaintiff has not responded to my Order.[1]  He was previously apprised of his duty to keep his address current.  (Doc. No. 3 at 3.)

IT IS, THEREFORE, RECOMMENDED that this action be DISMISSED without prejudice.

Dated this 11th day of January, 2016.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]The Order was also returned as undeliverable. (Doc. No. 24.)