## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES JONES                                                                                          PLAINTIFF

v.                                              4:15CV00374-JM

SALINE COUNTY JAIL; *et al*.                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff's Complaint is DISMISSED without prejudice.

DATED this 1st day of February, 2016.

                                                                    _____
                                                                    JAMES M. MOODY, JR.
                                                                    UNITED STATES DISTRICT JUDGE